**Order entered August 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00799-CV

### IN RE MITCHELL KAZU ASTALOS, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-52696-06**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition. We **ORDER** relator to bear the costs of this original proceeding.

/s/     MICHAEL J. O'NEILL
         JUSTICE